

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CROSBY,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL S. CARONA, et al.,<br><br>        Defendants. | Case No. SA CV 06-622-SGL(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is dismissed in its entirety.

DATED: 4-14-08

_____
STEPHEN G. LARSON
United States District Judge